UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> COMMERCIAL RECOVERY SYSTEMS, INC., and <br><br> TIMOTHY L. FORD, individually and as an officer of COMMERCIAL RECOVERY SYSTEMS, INC., and <br><br> DAVID J. DEVANY, individually and as a former officer of COMMERCIAL RECOVERY SYSTEMS, INC. <br><br> Defendants. | Case No. 4:15-CV-36 <br> JUDGE MAZZANT |

**ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND THE
DEADLINES FOR FILING DISPOSITIVE MOTIONS,
AND FOR COMPLETING DISCOVERY**

It is hereby **ORDERED** that Plaintiff's Motion to Extend the Deadlines for filing

Dispositive Motions, and for Completing Discovery (Dkt. #21), filed in the above-captioned

case on November 13, 2015, is **GRANTED**.  The Scheduling Order (Dkt. #15) is hereby

amended to include the following modified deadlines:

| | |
|---|---|
| December 14, 2015 | Deadline for motions to dismiss, motions for summary judgment, or other dispositive motions. |
| January 4, 2016 | Deadline for oppositions to any dispositive motions. |
| January 14, 2016 | Deadline for replies in support of any dispositive motions. |

March 31, 2016              All discovery shall be commenced in time to be completed
                           by this date.

     All other deadlines provided by the Scheduling Order remain in place.

**SIGNED this 17th day of November, 2015.**


_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE